**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN BRAZELTON,** | : | **Civil  No. 3:12-CV-743** |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Judge Kosik)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>MEMORANDUM ORDER</u>

This is a civil rights action brought by various federal inmates arising out of
an alleged food poisoning incident at the United States Penitentiary, Canaan. (Doc.
1)  The original action, which was filed on April 20, 2012, named four inmate
Plaintiffs.  We have ordered the complaint served, but the Defendants have not yet
responded to this complaint.  At this early stage of this litigation another inmate,
Stephen Brazelton, has filed a motion for leave to proceed *in forma pauperis*, (Doc.
29), and a motion to join this action.  (Doc. 27)  Joinder of parties is governed by
Rule 19 of the Federal Rules of Civil Procedure, which provides that:

**(a) Persons Required to Be Joined if Feasible.**

**(1) *Required Party.*** A person who is subject to service of process and
whose joinder will not deprive the court of subject-matter jurisdiction
must be joined as a party if:

1

\* \* \* \* \* \* \* \*

**(B)** that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:
**(I)** as a practical matter impair or impede the person's ability to protect the interest. . . .

Fed. R. Civ. P., Rule 19(a).

Here Brazelton's motion states that he too was affected by this alleged food poisoning.  Therefore, Brazelton is a person who "claims an interest relating to the subject of the action and is so situated that disposing of the action in [his] absence may as a practical matter impair or impede [his] ability to protect [his] interest," and should be joined as a Plaintiff.  Accordingly, IT IS ORDERED that Brazelton's motion for leave to proceed *in forma pauperis*, (Doc. 29), and a motion to join this action, (Doc. 27), are GRANTED.

So ordered this 17th day of May 2012.

*S/Martin C.  Carlson*
Martin C. Carlson
United States Magistrate Judge