UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                              :
JOHN LEGRAND,                                 :
                                              :
       Plaintiff,                      :
                                              :  Civil Action No. 3:12-CV-743
       v.                              :
                                              :
UNITED STATES OF AMERICA, et al.,             :  (Judge Kosik)
                                              :
       Defendants.                     :
_____

## ORDER

AND NOW, this 29th day of June, 2016, it is hereby ordered that the Magistrate Judge's Report and Recommendation (Doc. 225) is **ADOPTED**. A pre-trial conference shall be set forthwith.

                                            s/Edwin M. Kosik
                                            Edwin M. Kosik
                                            United States District Judge