**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN LEGRAND,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 3:12-0743** |
| v. | : | (MANNION, D.J.) |
| **United States of America** | : | |
| **Defendant.** | : | |

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Judgment is awarded in favor of the plaintiff and against the defendant in the amount of $2,500.00; and

**(2)** the Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 6, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0743-01-order.wpd